Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., THE AMERICAN STOCK EXCHANGE, LLC, AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC and NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY (REGARDING PROPERTIES LOCATED 1 LIBERTY PLAZA, NEW YORK, NEW YORK AND 78/86 TRINITY PLACE, NEW YORK, NEW YORK, ONLY)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X    21 MC 102 (AKH)

WILLIAM TRIVINO (AND WIFE, ROSA TRIVINO)    Index No.: 08-CV-2726

                        Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

    -against-

90 CHURCH STREET LIMITED, ET. AL.,    **ELECTRONICALLY FILED**

                       Defendant(s).
------------------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., THE AMERICAN STOCK EXCHANGE, LLC, AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC and NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY (REGARDING PROPERTIES LOCATED 1 LIBERTY PLAZA, NEW YORK, NEW YORK AND 78/86 TRINITY PLACE, NEW YORK, NEW YORK, ONLY), by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NASDAQ STOCK MARKET, INC., THE AMERICAN STOCK EXCHANGE, LLC, AMERICAN STOCK EXCHANGE CLEARING LLC, AMERICAN STOCK EXCHANGE REALTY ASSOCIATES LLC and NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY (REGARDING PROPERTIES LOCATED 1 LIBERTY PLAZA, NEW YORK, NEW YORK AND 78/86 TRINITY PLACE, NEW YORK, NEW YORK, ONLY)., by their attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated:  New York, New York
        June 26, 2008

                                Yours etc.,

                                McGIVNEY & KLUGER, P.C.
                                Attorneys for Defendants
                                NATIONAL ASSOCIATION OF SECURITIES
                                DEALERS, INC., NASDAQ STOCK MARKET, INC.,
                                THE AMERICAN STOCK EXCHANGE, LLC,
                                AMERICAN STOCK EXCHANGE CLEARING LLC,
                                AMERICAN STOCK EXCHANGE REALTY
                                ASSOCIATES LLC and NEW YORK CITY
                                INDUSTRIAL DEVELOPMENT AGENCY
                                (REGARDING PROPERTIES LOCATED 1 LIBERTY
                                PLAZA, NEW YORK, NEW YORK AND 78/86
                                TRINITY PLACE, NEW YORK, NEW YORK, ONLY)

                                By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel